BURNHAM v. PATERSON. (Supreme Court, Appellate Division, First Department. March 8, 1901.) Action by Frederick A. Burnham against James T. Paterson. No opinion. Order affirmed, with $10 costs and disbursements.

BUSH v. O'BRIEN et al. (Supreme Court, Appellate Division, First Department. March 15, 1901.) Action by Irving T. Bush against John O'Brien and others. No opinion. Motion denied, with $10 costs.

CALLAGHAN, Respondent, v. BLOCH et al., Appellants. (Supreme Court, Appellate Division, Second Department. March 27, 1901.) Action by Margaret Callaghan against Lena Bloch and another. No opinion. Order of the county court of Queens county affirmed, with $10 costs and disbursements.

In re CAMPBELL. (Supreme Court, Appellate Division, Second Department. March 5, 1901.) In the matter of the application of Oscar A. Campbell for admission to practice in courts of record in the state of New York. No opinion. Motion granted.

CARR v. BUTLER. (Supreme Court, Appellate Division, First Department. March 22, 1901.) Action by Alfred Carr against Jacob D. Butler. No opinion. Motion granted, with $10 costs.

CAVILIERO, Appellant, v. FUSCO, Respondent. (Supreme Court, Appellate Term. April 22, 1901.) Action by Michael Caviliero against Biaso Fusco. From a judgment in favor of defendant, plaintiff appeals. Affirmed. Charles G. F. Wahle, for appellant. F. M. Lincold and Edward McKinley, for respondent.

PER CURIAM. Action for money loaned. There are no exceptions in the case, which was tried by the justice without a jury, and a decision arrived at upon conflicting testimony. Judgment affirmed, with costs.